IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH MILLER, JOEL WOLLER, KEVIN MAYLE, and MICHELLE GAFFEY,<br>　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF PITTSBURGH,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 02-0686<br>)<br>)<br>) |

ORDER

AND NOW, this /6 day of March, 2007, IT IS HEREBY ORDERED that defendant's motion to reconsider second motion in limine [doc. no. 55] is DENIED.

BY THE COURT:

/s/ _____, J.

cc:   All Counsel of Record